UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
BARBARA SCHULTZ,

|  |  |  |
|---|---|---|
| | Plaintiff, | **NOTICE OF MOTION** |
| -against- | | |
| MARTIN CHEN, | | 17 CV 8917 (RWS) (GWG) |
| | Defendants. | |

--------------------------------------X

C O U N S E L :

PLEASE TAKE NOTICE, that upon the Declaration of DAVID H. SCHULTZ dated December 19, 2017, the Statement Pursuant to Rule 56.1(a) dated December 19, 2017 and the accompanying Memorandum of Law dated December 19, 2017 and upon all of the pleadings and prior proceedings had herein, the undersigned will move this Court before Judge Robert W. Sweet at the Courthouse located at 500 Pearl Street, Courtroom 18C, New York, New York 10007, on the 10th day of January, 2018, at 11:00 o'clock a.m. in the forenoon of that day, or as soon thereafter as counsel can be heard, for an order pursuant to Fed.R.Civ.P. Rule 56 awarding plaintiff BARBARA SCHULTZ summary judgment against defendant MARTIN CHEN on the issue of liability and for such other and further relief as the Court deems proper and just.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Individual Practices of Judge Robert W. Sweet and Local Civil Rule 6.1 opposing affidavits and answering memoranda, if any, are to be served upon the undersigned no less than fourteen days (14) after service of these motion papers.

Dated: New York, New York
December 19, 2017

Yours, etc.

BARRY, McTIERNAN & MOORE LLC
Attorneys for Plaintiff
BARBARA SCHULTZ
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600
File PL 63383

By: _____
DAVID H. SCHULTZ (DS 1365)

TO:

DeCICCO, GIBBONS & McNAMARA, P.C.
Attorneys for Defendant
MARTIN CHEN
232 Madison Avenue, Suite 1409
New York, New York 10016
(212) 447-1222