UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARBARA SCHULTZ,

                        Plaintiff,                   **DECLARATION**

     -against-

MARTIN CHEN,                                        17 CV 8917
                                                      (RWS) (GWG)

                        Defendant.
----------------------------------------------------------X

       DAVID H. SCHULTZ, declares as follows, pursuant to 28 U.S.C. § 1746:

       1.      I am a member of the firm of BARRY McTIERNAN & MOORE LLC, attorneys for plaintiff BARBARA SCHULTZ in the above entitled action. As such I am fully familiar with all of the facts and circumstances of this case based upon a review of the case file maintained by this office.

       2.      Annexed hereto as Exhibit "A" is the Complaint.

       3.      Annexed hereto as Exhibit "B" is defendant's Answer.

       4.      Annexed hereto as Exhibit "C" is the Affidavit of Barbara Schultz.

       5.      Annexed hereto as Exhibit "D" is the Affidavit of K. Paul Schultz.

       6.      Annexed hereto as Exhibit "E" is the Police Report created on the date of the accident by Officer David Czechowski.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 19, 2017

                                                                     DAVID H. SCHULTZ (DS 1365)