Page 1 of 4 Pages

## POLICE ACCIDENT REPORT (NYC)
New York State Department of Motor Vehicles
MV-104AN (7/11)

Precinct 024

Accident No. MV-2016-024-011062

Complaint Number

☐ AMENDED REPORT

| 19 | 4 |

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 12 | Day 4 | Year 2016 | SUNDAY | 17:10 | 2 | 1 | 0 | Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

| 20 | 12 |

VEHICLE 1 — ☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

| VEHICLE 1 | VEHICLE 2 |
|---|---|
| VEHICLE 1 - Driver License ID Number 119072060 — State of Lic. NY | VEHICLE 2 - Driver License ID Number 073596870 — State of Lic. CT |
| Driver Name - exactly as printed on license CHEN, MARTIN, D | Driver Name - exactly as printed on license SCHULTZ, KENNETH, P |
| Address (Include Number & Street) 110 WEST 94 STREET — Apt. No. 6E | Address (Include Number & Street) 95 ERICKSON DR — Apt. No. |
| City or Town NEW YORK — State NY — Zip Code | City or Town STAMFORD — State CT — Zip Code 06903 |
| Date of Birth Month 7 Day 28 Year 1974 — Sex M — Unlicensed ☐ — No. of Occupants 1 — Public Property Damaged ☐ | Date of Birth Month 7 Day 17 Year 1941 — Sex M — Unlicensed ☐ — No. of Occupants 2 — Public Property Damaged ☐ |
| Name exactly as printed on registration CHEN, MARTIN, D — Sex M — Date of Birth Month 7 Day 28 Year 1974 | Name exactly as printed on registration SCHULTZ, BARBARA, R — Sex F — Date of Birth Month 4 Day 17 Year 1942 |
| Address (Include Number & Street) 110 WEST 94 STREET — Apt No. 6E — Haz. Mat Code — Released ☐ | Address (Include Number & Street) 95 ERICKSON DR — Apt. No. — Haz. Mat Code — Released ☐ |
| City or Town NEW YORK — State NY — Zip Code | City or Town STAMFORD — State CT — Zip Code 06903 |
| Plate Number GBV6989 — State of Reg. NY — Vehicle Year & Make 2013 VOLKSWAGEN — Vehicle Type STATION WAGON/SPORT — Ins. Code 711 | Plate Number 606WBT — State of Reg. CT — Vehicle Year & Make 2007 LEXUS — Vehicle Type SEDAN — Ins. Code |
| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) |
| Violation Section(s) | Violation Section(s) |

| 21 | 13 |
| 22 | - |
| 23 | 1 |
| 24 | 1 |
| 25 | 1 |

Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

| | 1 | 2 |
|---|---|---|
| Box 1 - Point of Impact | | 2 |
| Box 2 - Most Damage | | 2 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 3 | 1 | |

Vehicle Towed By TOW ARRIFIC
To 305 EAST 126 STREET NY NY 10035

Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

| | 1 | 2 |
|---|---|---|
| Box 1 - Point of Impact | | 8 |
| Box 2 - Most Damage | | 8 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 9 | 7 | |

Vehicle Towed By TOW ARRIFIC
To 305 EAST 126 STREET NY NY 10035

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End | Left Turn | Right Angle | Right Turn | Head On |
| Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite) |

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

1 REAR END

Cost of repairs to any one vehicle will be more than $1000.
☑ Unknown/Unable to Determine  ☐ Yes  ☐ No

| 26 | 8 |
| 27 | 1 |
| 28 | 1 |

Reference Marker

Coordinates (if available)
Latitude/Northing: 40.790363
Longitude/Easting: -73.965645

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred CENTRAL PARK WEST (Route Number or Street Name)

at 1) Intersecting street WEST 94 STREET (Route Number or Street Name)

or 2) _____ ☐N ☐S ☐E ☐W of _____ (Milepost, Nearest Intersecting Route Number or Street Name)

| 29 | - |

Accident Description/Officer's Notes DRIVER OF V2 STATES HE PULLED OVER TO THE SIDE, DOUBLE PARKING, FOR AT LEAST 2 MINUTES TO DROP SOMEONE OFF WHEN V1 CRASHED INTO HIM FROM BEHIND CAUSING AN INJURY TO PASSENGER OF V2. V1 STATES HE WAS DRIVING STRAIGHT AHEAD AND DID NOT NOTICE V2 STOPPED. AIRBAG DEPLOYED IN V1 NO INJURIES. V2 STATES HIS HAZARDS WERE ON WHILE V1 DOESN'T REMEMBER IF HE SAW THEM ON. SGT ON SCENE. BOTH CARS TOWED BY TO ARRIFIC.

| 30 | - |

P

| ALL INVOLVED | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | A | 1 | 42 | M | - | - | - | - | | | CHEN, MARTIN, D | |
| B | 2 | 1 | 4 | 1 | 75 | M | - | - | - | - | | | SCHULTZ, KENNETH, P | |
| C | 2 | 3 | 4 | 1 | 74 | F | 6 | 12 | 5 | - | | 7251 | SCHULTZ, BARBARA | |

| Officer's Rank and Signature ▶ POM | | Tax ID No. 958459 | NCIC No. 03030 | Precinct 024 | Post/Sector | Reviewing Officer SGT CARMINE SEMIOLI | Date/Time Reviewed 12/06/2016 08:22 |
| Print Name in Full DAVID CZECHOWSKI | | | | | | | |

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| C Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| SCHULTZ | BARBARA | | | | |

| Address | | Address | |
|---|---|---|---|

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|

| Address | | Address | |
|---|---|---|---|

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. |
|---|---|---|

Highway Dist. at Scene? ☐ Yes ☑ No
Name:

| Address | |
|---|---|

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | ( ) |

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  AX03008785

Expiration Date  01/06/2017

VIN  3VWML7AJ7DM612737

Vehicle No. 2  9937362012031

Expiration Date  03/10/2017

VIN  JTHCE965970007002

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles
  (if anyone is killed/injured)

☐ Motor Transport Division
  (P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm.
  (if a Licensed taxi or limousine involved)

☐ Other City Agency
  (Specify)

☐ Office of Comptroller
  (if a City vehicle involved)

☐ Personnel Safety Unit
  (if a P.D. vehicle involved)

☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)

**OWNER OF PROPERTY** (Include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle  Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)

Page 2 of 4 Pages

Page **3** of **4** Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
### MV-104AN (7/11)

Precinct: **024**

Accident No. **MV-2016-024-011062**

Complaint Number:

☐ **AMENDED REPORT**

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **12** | Day **4** | Year **2016** | **SUNDAY** | **17:10** | **2** | **1** | **0** | Not Investigated at Scene ☑  Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

**VEHICLE**

☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| VEHICLE - Driver License ID Number | State of Lic. | VEHICLE - Driver License ID Number | State of Lic. |
|---|---|---|---|

Driver Name -exactly as printed on license

Address (Include Number & Street) / Apt. No.

City or Town / State / Zip Code

| Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ | Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |
|---|---|---|---|---|---|---|---|---|---|

| Name exactly as printed on registration | Sex | Date of Birth Month Day Year | Name—exactly as printed on registration | Sex | Date of Birth Month Day Year |
|---|---|---|---|---|---|

| Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released ☐ | Address (Include Number & Street) | Apt No. | Haz. Mat. Code | Released ☐ |
|---|---|---|---|---|---|---|---|

City or Town / State / Zip Code       City or Town / State / Zip Code

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|

Ticket/Arrest Number(s)          Ticket/Arrest Number(s)

Violation Section(s)             Violation Section(s)

**Check if involved vehicle is:**
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

**Check if involved vehicle is:**
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

| 1 | 2 |
|---|---|
| 3 | 4 | 5 |

Vehicle By Towed. To

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

| 1 | 2 |
|---|---|
| 3 | 4 | 5 |

Vehicle By Towed. To

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER          18. NO DAMAGE
16. OVERTURNED       19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End | Left Turn | Right Angle | Right Turn | Head On |
|---|---|---|---|---|
| 1. | 3. | | 5. | 7. |
| Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite) |
| 2. | 0. | 4. | 6. | 8. |

**ACCIDENT DIAGRAM**

**DIAGRAM ATTACHED ON SUBSEQUENT PAGE**

**1 REAR END**

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) |
|---|---|
| | Latitude/Northing: **40.790363** |
| | Longitude/Easting: **-73.965645** |

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred **CENTRAL PARK WEST** (Route Number or Street Name)

at 1) intersecting street **WEST 94 STREET** (Route Number or Street Name)

or 2) ☐ N ☐ S ☐ E ☐ W of _____ Feet/Miles (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes **PASSENGER OF V2 TAKEN TO ST LUKES ACR #89641680.**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A L L   I N V O L V E D** | | | | | | | | | | | | | | | |

| Officer's Rank and Signature ♦ **POM** | Tax ID No. **958459** | NCIC No. **03030** | Precinct **024** | Post/Sector | Reviewing Officer **SGT CARMINE SEMIOLI** | Date/Time Reviewed **12/06/2016 08:22** |
|---|---|---|---|---|---|---|
| Print Name in Full **DAVID CZECHOWSKI** | | | | | | |

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |

| Date of Birth (Month/Day/Year) | Telephone (Area Code) | Date of Birth (Month/Day/Year) | Telephone (Area Code) |
|---|---|---|---|

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |

| Date of Birth (Month/Day/Year) | Telephone (Area Code) | Date of Birth (Month/Day/Year) | Telephone (Area Code) |
|---|---|---|---|

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

Highway Dist. at Scene? ☐ Yes ☐ No
Name:

Date of Birth (Month/Day/Year) | Telephone (Area Code)

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____    Vehicle No. _____

Expiration Date _____    Expiration Date _____

VIN _____    VIN _____

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)   ☐ Motor Transport Division (P.D. vehicle involved)   ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)   ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)   ☐ Personnel Safety Unit (if a P.D. vehicle involved)   ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle —Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)

Page 4 of 4 Pages

Rear End : MV-2016-024-011062
Reporting Officer : POM DAVID  CZECHOWSKI
Reviewing Officer : SGT CARMINE  SEMIOLI Reviewed Date : 12/06/2016 08:22

